IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALEXANDER GONZALES, : | |
| : | |
| Petitioner, : | |
| : | Case Number: 1:04CV208 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JEFFREY WOLFE, WARDEN : | |
| : | |
| Respondent. : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge . Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 26, 2006 Report and Recommendations (Doc. 11). Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 12).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's Motion for Summary Judgment is DENIED (Doc. 8).

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge