IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALEXANDER GONZALES, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:04cv208 |
| | : District Judge Susan J. Dlott |
| WARDEN, Noble Correctional Institution, | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 22, 2006 Report and Recommendations (Doc. 15). Subsequently, the Plaintiff filed objections to such Report and Recommendations (Doc. 16). There was a Supplemental Report and Recommendation filed by the Court on July 5, 2006 (Doc. 17). Subsequently, the Plaintiff filed objections to such Supplemental Report and Recommendation (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the Petition is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge