IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALEXANDER GONZALES,        :
                           :
         Petitioner,       :
                           :   Case Number: 1:04cv208
    vs.                    :
                           :   District Judge Susan J. Dlott
JEFFREY WOLFE,             :
                           :
         Respondent.       :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge filed on November 16, 2006 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 8, 2006, hereby ADOPTS said Report and Recommendations.

Since the requested certificate of appealability is not a "blanket" certificate, but is supported by extended cogent argument and not opposed, it is granted as requested.

IT IS SO ORDERED.

                                                                                                                             ___s/Susan J. Dlott_____
                                                                                                                             Susan J. Dlott
                                                                                                                             United States District Judge